ALBERT BRADICK, Respondent, v. RUDOLPH H. DEETJEN et al., Appellants.— To enable plaintiff to substantiate the alleged misrepresentations concerning plaintiff's interest in the firm leading to the settlement and releases, plaintiff is entitled to the items allowed. Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

GEORGE HEGARTY, an Infant, by JOHN J. HEGARTY, His Guardian ad Litem, et al., Respondents, v. RAILWAY EXPRESS AGENCY et al., Appellants.—Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

In the Matter of FRED MALLET et al., Appellants, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

■

In the Matter of PAUL SIMMONS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent State Rent Administrator. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See post, p. 942.]

■

LE ROY MIKELS, Respondent, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

BETTY MOSHINSKY, Appellant, v. MORRIS MOSHINSKY, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.